IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 3:19-CV-86 |
| v. | : | |
| | : | |
| $8,720.00 U.S. CURRENCY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Pursuant to the Motion For Voluntary Dismissal Without Prejudice filed by the United States in the above-referenced action,

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and this civil action is hereby **DISMISSED** without prejudice.

SO ORDERED this 8th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE